[No. 2059–3. Division Three. November 22, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. DWANE EDWARD SKJOTHAUG, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 24540, Willard J. Roe, J., entered July 2, 1976. *Dismissed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.

[No. 2615–2. Division Two. November 28, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN W. LEIGHTON, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. C–800, Tyler C. Moffett, J., entered September 10, 1976. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.

[No. 2695–2. Division Two. November 28, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND TWEED, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 67269, John H. Kirkwood, J., entered November 24, 1976. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.